# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE SEAN HOEFFGEN,
MUNICIPAL COURT JUDGE, CITY OF
NORTH LAS VEGAS, COUNTY OF
CLARK, STATE OF NEVADA.

No. 71097

FILED

AUG 3 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter was docketed in this court on August 23, 2016, with the filing of a certified copy of the Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc: Law Offices of Kevin R. Hansen
Law Offices of Kathleen M. Paustian, Chartered
Nevada Commission on Judicial Discipline

16-27069